UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

    UNITED STATES OF AMERICA,                       **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

                -against-                                       **20 MAG 08749**

FELIX RODRIGUEZ,

                            Defendant.

-----------------------------------------------------------------X

      Defendant, Felix Rodriguez, hereby voluntarily consents to participate in the following proceeding via (X) videoconferencing or (X) teleconferencing:

X       Initial Appearance Before a Judicial Officer

X       Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing (RESERVING)

X       Conference Before a Judicial Officer


_____        _____
Defendant's Signature                                       Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

 **FELIX RODRIGUEZ**                                **JOHNNIE WOLUEWICH, ESQ**
Print Defendant's Name                                     Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 August 25, 2020                                       _____
Date                                                           U.S. District Judge/U.S. Magistrate Judge