# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **20 Mag. 8749**  Date **August 25, 2020**

USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint      ☐ Removal Proceedings in

*United States v.* **Felix Rodriguez**

The Complaint/Rule 40 Affidavit was filed on **August 18, 2020**

*U.S. Marshals please withdraw warrant*

**ALEXANDER LI**
Digitally signed by ALEXANDER LI
Date: 2020.08.25 16:59:54 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Alexander Li**
(print name if signature handwritten)

**SO ORDERED:**

DATE:   08/25/2020

UNITED STATES MAGISTRATE JUDGE